**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIGGS LAW OFFICE, LLC | : | **CIVIL CASE NO. ---cv---** |
| 400 Market Street, Suite 730 | : | |
| Philadelphia, Pennsylvania 19106, | : | **18    2643** |
| | : | |
| Plaintiff, | : | |
| | : | **Jury Demand** |
| v. | : | |
| | : | |
| STANTON S. KREMSKY | : | |
| 10102 Beverly Drive | : | |
| Huntingdon Beach, CA 92646, | : | |
| | : | |
| SSK MD, Inc. | : | |
| 8941 Atlanta Avenue, Suite 201 | : | |
| Huntingdon Beach, CA 92646, | : | |
| Defendant. | : | |

**FILED**

JUN 22 2018

KATE BARKMAN, Clerk
By _____ Dep. Clerk

### COMPLAINT

Plaintiff, Briggs Law Office, LLC hereby files this Complaint to recover damages sustained by Plaintiff as a result of Defendants' various acts and omissions. In support its claims, Plaintiff avers the following:

### THE PARTIES

1.      Plaintiff is a limited liability corporation formed under the laws of the State of New Jersey, with offices at 400 Market Street, Suite 730, Philadelphia, Pennsylvania.

2.      Defendant Stanton S. Kremsky is an adult citizen of the State of California, maintaining an address at 10102 Beverly Drive, Huntingdon Beach, California 92646.

3.      Upon information and belief, Defendant SSK MD, Inc. is an S-corporation formed under the laws of the State of California, with a registered address at 8941 Atlanta Avenue, Suite 201, Huntingdon Beach, California 92646.

## JURISDICTION AND VENUE

4.     The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.     Venue is appropriate in this judicial district, pursuant to 28 U.S.C. § 1391, because the events and omissions giving rise to Plaintiff's claims occurred in this judicial district.

6.     This matter is not subject to mandatory arbitration because the amount in controversy exceeds $150,000.00, exclusive of interest and costs.

## FACTS

7.     Plaintiff is a law firm with offices in Philadelphia, Pennsylvania and Marmora, New Jersey.

8.     Plaintiff and Defendant Stanton S. Kremsky entered into a retainer agreement, dated on or about July 11, 2016 (hereinafter, the "Retainer Agreement," attached as "Exhibit A" hereto). The Retainer Agreement set forth the terms of Plaintiff's representation of Defendant Stanton S. Kremsky in connection with *Kremsky v Kremsky.* Eventually Plaintiff caused a Complaint to be filed in this Court, captioned *Stanton S. Kremsky v Kenneth Kremsky*, which was assigned docket 16-cv-04474 and assigned to the Hon. Mark A. Kearney.

9.     Plaintiff zealously represented Defendant Stanton S. Kremsky.  Discovery was complex and voluminous.

10.     In accordance with the Retainer Agreement, Plaintiff began sending Defendant Stanton S. Kremsky monthly bills.  ("Exhibit B" hereto.)

11.     To the extent Plaintiff's legal bills were paid, payments were made by SSK MD, Inc.  ("Exhibit C" hereto.)

12.     Stanton S. Kremsky is the President of SSK MD, Inc.  Stanton S. Kremsky was the sole shareholder of SSK MD, Inc.

13.     Upon information and belief, Stanton S. Kremsky did not run SSK MD, Inc. as a strictly separate entity in several ways such as the comingling of funds and the failure to hold shareholder meetings, the failure to have functioning officers and directors.

14.     Upon information and belief, the purpose of SSK MD, Inc.'s payment of Stanton S. Kremsky's legal bills was promoted by its own interest to recover funds which would be utilized for SSK MD, Inc.'s defined benefit plan.

15.     Shortly after Plaintiff's representation began, Plaintiff agreed to accept payments in monthly installments of $7,000.00 toward unpaid invoices.

16.     On March 9, 2017, a federal jury unanimously determined that Defendant had made fraudulent misrepresentations, negligent misrepresentations, and breached his fiduciary duty to Plaintiff.

17.     The federal jury awarded damages as follows:

Fraudulent Misrepresentation: $600,000.00 *plus* $5,000.00 in punitive damages

Negligent Misrepresentation:  $110,000.00

Breached of Fiduciary Duty: $29,772.99 *plus* $5,000.00 in punitive damages

(See, Jury Verdict, attached hereto as "Exhibit D.").

18.     An appeal of the judgement is pending before the U.S. Circuit Court for the Third Circuit.  Plaintiff no longer represents Stanton S. Kremsky in the pending appeal because Stanton S. Kremsky has terminated Plaintiff.

19.     Despite Stanton S. Kremsky's agreement to send $7,000 a month toward his legal bill, the last payment Plaintiff received was on December 11, 2017.

20.     To date, $247,450.21 remains unpaid to Plaintiff

21.     Moreover, Plaintiff retained a forensic accountant, Brad Ryden of the firm Matson Driscoll, for purposes of serving as an expert witness in the instant case.

22.     Defendants have refused to pay the expert witness fees of Matson Driscoll, which total $55,148.50.

23.     The failure to pay Plaintiff constitutes a breach of contract, by which Plaintiff has been harmed in the amount of $302,598.71, plus interests and costs.

**FIRST COUNT**
Plaintiff v Stanton S. Kremsky
Breach of Contract

24.     Plaintiff incorporates by reference the paragraphs 1-XX as though fully set forth at length herein.

25.     Plaintiff and Defendant Stanton S. Kremsky entered into a valid and binding contract, namely the Retainer Agreement, pursuant to which Plaintiff was to be paid for representing Defendant Stanton S. Kremsky.

26.     Defendant Stanton S. Kremsky has failed to pay Plaintiff under the terms of the Retainer Agreement.

27.     Due to Defendant Stanton S. Kremsky's breach of contract, Plaintiff has been damaged in the amount of $302,598.71, plus interests and costs.

WHEREFORE, Plaintiff demands judgment in his favor and against the Defendant Stanton S. Kremsky, in the amount of $302,598.71 along with costs and all other relief that the Court deems just.

**SECOND COUNT**
Plaintiff v SSK MD, Inc.
Breach of Contract

28.    Plaintiff incorporates by reference paragraphs 1-XX as though fully set forth herein at length herein.

29.    In order to prevent fraud, illegality, injustice reverse veil-piercing is appropriate to use the assets of Defendant SSK MD, Inc. to satisfy the debts owed by its owner Defendant Stanton S. Kremsky to Plaintiff.

30.    Because Defendant SSK MD, Inc. failed to observe corporate formalities, including, but not limited to, the comingling of funds, Defendant SSK MD, Inc. reverse corporate veil piercing is appropriate for Plaintiff to recover on its breach of contract claim.

31.    Defendant SSK MD, Inc.'s owner had a valid and binding contract, namely the Retainer Agreement, pursuant to which Plaintiff was to be paid for representing Defendant Stanton S. Kremsky.

32.    Defendant Stanton S. Kremsky has failed to pay Plaintiff under the terms of the Retainer Agreement.

33.    Due to Defendant Stanton S. Kremsky's breach of contract, Plaintiff has been damaged in the amount of $302,598.71, plus interests and costs.

WHEREFORE, Plaintiff demands judgment in his favor and against the Defendant SSK MD, Inc., in an amount of $302,598.71 along with costs and all other relief that the Court deems just.

**THIRD COUNT**
Plaintiff v SSK MD, Inc.
Breach of Contract

34.    Plaintiff incorporates by reference paragraphs 1-XX as though fully set forth at length herein.

35.     Defendant SSK MD, Inc. promised to answer for the obligations of Defendant Stanton S. Kremsky by virtue of its payments to Plaintiff.

36.     Upon information and belief, the principal object of Defendant SSK MD, Inc. in the *Kremsky v. Kremsky* lawsuit was to recover funds needed to fund its defined benefit plan.

37.     Defendant SSK MD, Inc. failed to pay Plaintiff for funds due and owing under the Retainer Agreement, in contravention of its promise to Plaintiff.

38.     Due to Defendant SSK MD, Inc.'s breach, Plaintiff has been damaged in the amount of $302,598.71, plus interests and costs.

WHEREFORE, Plaintiff demands judgment in his favor and against the Defendant, in an amount of $302,598.71 along with costs and all other relief that the Court deems just.

Respectfully Submitted,
**BRIGGS LAW OFFICE, LLC**

Dated:  June 22, 2018                          By

**NORMAN W. BRIGGS, ESQUIRE**
**ADRIENNE CHAPMAN, ESQUIRE**
400 Market Street, Suite 730
Philadelphia, PA 19106

# EXHIBIT "A"

08/15/2009  21:42    17149684682          STAN KREMSKY                                    PAGE  01/02

# BRIGGS LAW OFFICE, LLC

July 11, 2016

**VIA EMAIL** skremsky@gmail.com **ONLY**

Stanton S. Kremsky, M.D.

> Re:  **Kremsky v. Kremsky**
>      **Retainer Agreement**

Dear Dr. Kremsky:

I am pleased that you have contacted our firm to represent you with respect to the above-referenced matter. It is appropriate at the outset to confirm in writing the basis of our fees in connection with this representation.

Our fees in this matter will be determined based upon the number of hours devoted to the representation. Currently, my rate is $290.00 per hour. The rate of associate attorneys who will assist me is $225.00 per hour. Paralegal work will be billed at $105.00 per hour. As with all rates for professional services, these rates are subject to change in the future. This letter also confirms that you will provide a retainer of $5,000.00. *As we discussed, the cost to review and analyze the emails, bank accounts, and text messages you previously referenced, and to give an opinion as to the strength of your claims, should be well under the $5000 retainer fee. I would recommend that you proceed expeditiously (whether you retain our firm or not) simply to limit your nephew's ability to liquidate assets.*

Our invoices, which will be sent monthly and will be due upon receipt, will include, as a separate charge, any costs which we have incurred on your behalf. These will include out-of-pocket costs, as well as the costs for certain services such as long-distance telephone calls, special mailing, online computer research, messenger and shipping, telecopier, extraordinary secretarial costs, transcripts, filing fees and other items. When appropriate, we request our clients to pay substantial expenses directly to the provider.

At the conclusion of this matter, we will retain your legal files for a period of three (3) years after we close our file. At the expiration of the three-year period, we will destroy these files unless you notify us in writing that you wish to take possession of them. We reserve the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files.

If you have any questions as to anything contained in any of our billings, please direct your inquiry to me. In the event that your account becomes delinquent, we will contact you in order to make arrangements to bring your account current.

08/15/2009  21:42    17149684682                STAN KREMSKY                                    PAGE  02/02

BRIGGS LAW OFFICE, LLC

July 11, 2016

Page 2 of 2

If the terms of this engagement are acceptable to you, please sign this letter and return it via facsimile to me at your earliest convenience. Should you have any questions, please do not hesitate to call.

Again, I look forward to working with you.

Very truly yours,
s/ Norman W. Briggs

**NWB|p**

**NORMAN W. BRIGGS**

AGREED TO AND ACCEPTED BY:

Stanton S. Kremsky, M.D.

www.thebriggslaw.com

# EXHIBIT "B"

RECEIVED
JUL 16 2016

STANTON S. KREMSKY
10102 BEVERLY DR.
HUNTINGTON BEACH, CA 92646-5415

28844                    5062

DATE July 13, 16

PAY TO THE
ORDER OF   Norman Briggs          $ 5,000 00

Five Thousand 00/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO   return KVSK

⑆322271627⑆   110653670⑈ 5062

422-001

RECEIVED
SEP 16 2016

**CHASE ○**

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850--594
(800) 472-6236

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH  CA 92646

for first invoice

463749510
25-3/440
**09-12-2016**

256525001600189977001

Pay   THREE THOUSAND FIVE HUNDRED TWENTY-ONE AND 36/100                                  Dollars

**$3,521.36**

To
the
Order
of

09770 BPC 001 001 16256 - 463749510 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

Security features
Included.
Details on back.

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑆463749510⑆ ⑉044000037⑉      658533013⑈

\# 6660

422-001

Kremsky

9/16/16



RECEIVED
NOV 12 2016

## CHASE ⬡

Apply to Acct **for legal services**

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850–594
(800) 472-6236

SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH CA 92545

4734624
25-3/4
11-07-20

31252900260011259800010000000

Pay   SEVEN THOUSAND AND 00/100

Dollar

$7,000.00

To
the
Order
of

12596 BPC 001 001 16312 - 473462412 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

Security features
included.
Details on back.

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohi

⑈⑈473462412⑈⑈ ⑆044000037⑆ 658533013⑈⑈

422-001
towards # 6714

POSTED
11/12/16




RECEIVED
DEC 12 2016

# CHASE ◆

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850–594
(800) 472-6236

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH  CA 92646

478512684
25-3/44C
12-08-2016

34352900260018693600010000000

Pay   SEVEN THOUSAND AND 00/100                                                    Dollars

**$7,000.00**

06936 BPC 001 001 16343 - 478512684 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

To
the
Order
of

Security features
included.
Details on back.

Check Void After 90 Days

*Cathy G Maurella*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈478512684⑈ ⑆044000037⑆ 658533013⑈

422-001

Bal of 6714
Part of 6860


POSTED
12/12/16

RECEIVED
JAN 07 2017

**CHASE** ⬙

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850--594
(800) 472-6236

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH  CA 92546

**482784481**
25-3/44C

**01-03-2017**

0035290039001164560000100000000

Pay    SEVEN THOUSAND AND 00/100                                                                              Dollars

|||⸱||⸱⸱||⸱|||⸱|||⸱|||⸱|⸱|⸱|⸱|⸱|⸱|⸱|⸱⸱⸱⸱||⸱|⸱||||⸱⸱||⸱|⸱|

**$7,000.00**

To
the
Order
of

16456 BPC 001 001 17003 - 482784481 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

Security features
included.
Details on back.

Check Void After 90 Days

*Cathy J Maurelli*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈482784481⑈ ⑈044000037⑈    6585330130⑈

POSTED

422-001

bal of 6860 + part of 6952





FEB 06 2011

# CHASE ⬡

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850--594
(800) 472-6236

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH CA 92646

48764979
25-3/44
02-02-201

0335290020001066220001000060900

Pay: SEVEN THOUSAND AND 00/100                                    Dollars

$7,000.00

06622 BPC 001 001 17033 - 487649794 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA NJ 08223

To
the
Order
of

Security features
Included.
Details on back.
Check Void After 90 Days

*Cathy G Maurell*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈487649794⑈ ⑆044000037⑆ 658533013⑈

422-001
paid part of inv # 6952

POSTED
2/6/11



RECEIVED
MAR 18 2017

**CHASE** ⬡

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850—594
(800) 472-6236

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH CA 92646

494209343
25-3/440
03-14-2017

07352900210010417600010000000

Pay    SEVEN THOUSAND AND 00/100                                                                                    Dollars

**$7,000.00**

To
the
Order
of

04176 BPC 001 001 17073 - 494209343 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

Security features
included.
Details on back.

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈494209343⑈ ⑆044000037⑆    6585330130⑈

toward inv # 6952

POSTED
3/18/17

422-001





RECEIVED
APR 07 2017

**CHASE** ⬡

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850–594
(800) 472-6236

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH  CA 92646

497688650
25-3/440
04-03-2017

0935290089900114474800100080000

Pay     SEVEN THOUSAND AND 00/100                                    Dollars

| | $7,000.00 |

🔒 Security features included. Details on back.

Check Void After 90 Days

To
the
Order
of

14474 BPC 001 001 17093 - 497688650 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈497688650⑈ ⑆044000037⑆     658533013⑈

*partial payment of
inv #6952*

*422-001*

POSTED
4/7/17

RECEIVED
MAY 05 2017

# CHASE ⬡

Apply to Acct **for legal services**

SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH CA 92646

502268281
25-3/440
05-01-2017

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850-594
(800) 472-6236

121529001200113938000100000000

Pay   SEVEN THOUSAND AND 00/100                                                  Dollars

**$7,000.00**

-13938 BPC 001 001 I7121 - 502268281 1 OF 1

To
the
Order
of

BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA NJ 08223

Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑆502268281⑆ ⑈044000037⑇     658533013⑈

paid bal of inv # 6952
+
part of inv # 7119

422-001

POSTED
5/5/17





JUN 12 2017

# CHASE ⬡

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850--594
(800) 472-6236

Apply to Acct **for legal services**

STANTON S KREMSKY
10102 BEVERLY DR
HUNTINGTON BEACH CA 92646-5415

508377321
25-3/440
06-07-2017

1585290027001053850001600000000

Pay   SEVEN THOUSAND AND 00/100                                           Dollars

**$7,000.00**

🔒 Security features
Included
Details on back.

Check Void After 90 Days

To
the
Order
of

05385 BPC 001 001 17158 - 508377321 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA NJ 08223

*Cathy J Mainelli*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈508377321⑈ ⑆044000037⑆   658533013⑈

422-001     towards inv # 7/19

RECEIVED

JUL 29 2017

**CHASE** ⬡

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850–594
(800) 472-6236

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH  CA 92646

515603113
25-3/440
07-24-2017

2055290005001107980001000000000

Pay   FOUR THOUSAND AND 00/100

Dollars

$4,000.00

To
the
Order
of

10798 BPC 001 001 17205 - 515603113 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

🔒 Security features
included.
Details on back.

Check Void After 90 Days

*Cathy G Mainella*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈515603113⑈ ⑆044000037⑆   658533013⑈

422-001

toward Inv # 7119


POSTED
7/29/17



RECEIVED
SEP 09 2017

**CHASE** ⬡                    Apply to Acct **for legal services**                    522896493
                                           SSK MD INC                                  25-3/440
CHASE ONLINE BILL PAYMENT                   8941 ATLANTA AVE STE 201                   **09-05-2017**
PO BOX 15944                                HUNTINGTON BEACH  CA 92646
WILMINGTON  DE 19850–594
(800) 472-6236

                                                                          2485290048001130740001000000000

Pay   FIVE THOUSAND AND 00/100                                                          Dollars

        ‖₁‖ₗₗₗₗ‖ₗₗ•ₗₗ‖ₗₗₗ‖₁‖‖ₗₗ‖₁‖ₗₗ•ₗₗ‖ₗₗₗₗ•ₗₗₗₗ‖₁‖‖ₗₗ‖ₗₗ•            | **$5,000.00** |

To      13074 BPC 001 001 17248 - 522896493 1 OF 1                        🔒 Security features
the     BRIGGS LAW OFFICE                                                    Details on back.
Order   110 ROOSEVELT BLVD                                               Check Void After 90 Days
of      STE 201
        MARMORA  NJ 08223                                                *Cathy J Maurella*

                                                                        JPMorgan Chase Bank, N.A. Columbus, Ohio

    ⑈522896493⑈ ⑆044000037⑆     658533013⑈

POSTED

422·001
toward inv. no. 7/19

NJ



OCT 1 0 2017

# CHASE ○

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850–594
(800) 472-6236

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH  CA 92646

**527951988**
25-3/440
**10-05-2017**

278529002700100188000160000000

Pay   FIVE THOUSAND AND 00/100                                                                                 Dollars

|||||||||||||||||||||||||||||||||||||||||||||||||||||

**$5,000.00**

To
the
Order
of

08188 BPC 001 001 17278 - 527951988 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

Security features
included.
Details on back.
Check Void After 90 Days

JPMorgan Chase Bank, N.A. Columbus, Ohio.

||**527951988**||  **044000037**||       658533013||

towards invoice # 9119

422-001

POSTED
10/10/17



RECEIVED
NOV 13 2017



**CHASE** 

Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH  CA 92646

533469683
25-3/440
**11-09-2017**

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850--594
(800) 472-6236


3135290023001050340001000000000

Pay   FIVE THOUSAND AND 00/100                                                                 Dollars

|ı|ı··ı|ı|||ıı|||ı||ı··ıı|ı·ıı|ı|ı|ı|ı|ıı·ıı·ıı|ıı||ı|ı|ı·ıı||·ı|

| | $5,000.00 |

To
the
Order
of

05034 BPC 001 001 17313 - 533469683 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

Check Void After 90 Days

*Antony G Maunelli*

JPMorgan Chase Bank, N.A. Columbus, Ohio

ıı**533469683**ıı**  ı:044000037ı:          658533013**ıı**

*Bal of 7119
and part of 7205*

POSTED

*422-001*



**CHASE** ⬡

CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON  DE 19850--594
(800) 472-6236

 Apply to Acct **for legal services**
SSK MD INC
8941 ATLANTA AVE STE 201
HUNTINGTON BEACH  CA 92646

537847730
25-3/440
12-07-2017



3415290023001052660001800000000

Pay   FIVE THOUSAND AND 00/100                                                                           Dollars

                                                                                                        **$5,000.00**

To
the
Order
of

05266 BPC 001 001 17341 - 537847730 1 OF 1
BRIGGS LAW OFFICE
110 ROOSEVELT BLVD
STE 201
MARMORA  NJ 08223

🔒 Security features
included.
Details on back.
Check Void After 90 Days

*Cathy J Maurelli*

JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈537847730⑈ ⑆044000037⑆     658533013⑈

432-001          out of 7305

P̶A̶I̶D̶

# EXHIBIT "C"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANTON S. KREMSKY** | **: CIVIL ACTION** |
| | **:** |
| **v.** | **: NO. 16-4474** |
| | **:** |
| **KENNETH F. KREMSKY** | **:** |

## <u>VERDICT</u>

**The sworn jury of eight persons unanimously finds:**

**I.     As to Stanton Kremsky's fraudulent misrepresentation claim:**

1.     Did Stanton Kremsky prove by clear and convincing evidence that Kenneth Kremsky misrepresented a material fact on which he justifiably relied causing him harm?

$\times$ YES          _____NO

*If yes, please proceed to Question 2.*
*If no, please proceed to Question 7.*

### *Statute of Limitations defense*

2.     Did Kenneth Kremsky prove by the preponderance of the evidence that Stanton Kremsky, through the exercise of reasonable diligence, should have discovered an alleged fraudulent misrepresentation before August 15, 2014?

_____YES          $\times$ NO

*If yes, please proceed to Question 3.*
*If no, please proceed to Question 4.*

*Damages*

3.      If "yes" to Question 2, what damages, if any, did Stanton Kremsky suffer from Kenneth Kremsky's fraudulent misrepresentations made on or after August 15, 2014?

$_____.

*Please proceed to Question 5.*

4.      If "no" to Question 2, what damages, if any, did Stanton Kremsky suffer from Kenneth Kremsky's fraudulent misrepresentations since the beginning of their financial relationship?

$ 600,000.

*Please proceed to Question 5.*

5.      Is Stanton Kremsky entitled to punitive damages for Kenneth Kremsky's fraudulent misrepresentations?

__X__ YES          _____NO

*If yes, please proceed to Question 6.*
*If no, please proceed to Question 7.*

6.      What amount of punitive damages for fraudulent misrepresentation is warranted?

$ 5,000.

*Please proceed to Question 7.*

2

**II.     As to Stanton Kremsky's negligent misrepresentation claim:**

7.     Did Stanton Kremsky prove by a preponderance of the evidence Kenneth Kremsky falsely represented material facts to Stanton Kremsky under circumstances where Kenneth Kremsky ought to have known the falsity of his representations and upon which Stanton Kremsky justifiably relied causing him harm?

<u>  X  </u> YES          <u>      </u> NO

*If yes, please proceed to Question 8.*
*If no, please proceed to Question 11.*

### *Statute of Limitations defense*

8.     Did Kenneth Kremsky prove by the preponderance of the evidence that Stanton Kremsky with the exercise of reasonable diligence should have discovered Kenneth Kremsky's alleged negligent misrepresentations before August 15, 2014?

<u>      </u> YES          <u>  X  </u> NO

*If yes, please proceed to Question 9.*
*If no, please proceed to Question 10.*

### *Damages*

9.     If "yes" to Question 8, what damages, if any, did Stanton Kremsky suffer from Kenneth Kremsky's negligent misrepresentations made on or after August 15, 2014?

$<u>              </u>.

10.     If "no" to Question 8, what damages, if any, did Stanton Kremsky suffer from Kenneth Kremsky's negligent misrepresentations since the beginning of their relationship?

$ <u> 110,000 </u>. 

*Please proceed to the Question 11.*

3

### III. As to Stanton Kremsky's conversion claim:

11.     Did Stanton Kremsky prove by the preponderance of the evidence that Kenneth

Kremsky deprived him of personal property without his consent?

_____ YES          _X_ NO

*If yes, please proceed to Question 12.*
*If no, please proceed to Question 15.*

#### *Statute of Limitations defense*

12.     Did Kenneth Kremsky prove by the preponderance of the evidence that Stanton

Kremsky with the exercise of reasonable diligence should have discovered Kenneth Kremsky's

conversion before August 15, 2014?

_____ YES          _____ NO

*If yes, proceed to Question 13.*
*If no, proceed to Question 14.*

#### *Damages*

13.     If "yes" to Question 12, what was the value of Stanton Kremsky's personal

property converted by Kenneth Kremsky on or after August 15, 2014?

$_____.

14.     If "no" to Question 12, what was the value of Stanton Kremsky's personal

property converted by Kenneth Kremsky since the beginning of their financial relationship?

$_____.

4

**IV. As to Stanton Kremsky's breach of fiduciary duty claim**

15.    Did Stanton Kremsky prove by the preponderance of the evidence Kenneth Kremsky breached a fiduciary duty owed to him?

$\times$ YES          _____ NO

*If yes, please proceed to Question 16.*

*If no, you have completed your deliberations.*
*Please have the foreperson sign and date below and notify the Madam Deputy.*

***Statute of Limitations defense***

16.    Did Kenneth Kremsky prove by the preponderance of the evidence that Stanton Kremsky, with the exercise of reasonable diligence, should have discovered Kenneth Kremsky's alleged conversions before August 15, 2014?

_____ YES          $\times$ NO

*If yes, please proceed to Question 17.*
*If no, please proceed to Question 18.*
***Damages***

17.    If "yes" to Question 16, what amount of damages, if any, did Stanton Kremsky suffer from Kenneth Kremsky's breach of fiduciary duty on or after August 15, 2014?

$ _____.

18.    If "no" to Question 16, what amount of damages, if any, did Stanton Kremsky suffer from Kenneth Kremsky's breach of fiduciary duty since the beginning of their relationship?

$ 29,772.99

5

19.    Is Stanton Kremsky entitled to punitive damages for Kenneth Kremsky's breach

of fiduciary duty?

<u>  X  </u> YES          <u>      </u> NO

*If yes, proceed to Question 20.*

*If no, you have completed your deliberations.*
*Please have the foreperson sign and date below and notify the Madam Deputy.*

20.    What amount of punitive damages for breach of fiduciary duty is warranted?

$  5,000  .

**YOU HAVE NOW COMPLETED YOUR DELIBERATIONS.**
**THE ELECTED FOREPERSON SHALL SIGN AND DATE BELOW AND**
**NOTIFY THE MADAM DEPUTY YOU HAVE REACHED A VERDICT.**

Date: March 9 , 2017                    _____
                                        Foreperson

JS 44 (Rev 06/17)

**CIVIL COVER SHEET**

2:18-2643

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

18    2643

## I. (a) PLAINTIFFS

Briggs Law Office, LLC

**DEFENDANTS**

Stanton S. Kremsky, SSK MD, Inc.

**(b)** County of Residence of First Listed Plaintiff    Philadelphia
*(EXCEPT IN U S PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Orange Co, Cali
*(IN U S PLAINTIFF CASES ONLY)*

NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Briggs Law Office
400 Market St., #200 700
Philadelphia PA 19106

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U S Government
       Plaintiff

☐ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 2  U S Government
       Defendant

☒ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|                                          | PTF | DEF |                                                              | PTF | DEF |
|------------------------------------------|-----|-----|--------------------------------------------------------------|-----|-----|
| Citizen of This State                    | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State  | ☐ 4 | ☐ 4 |
| Citizen of Another State                 | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country  | ☐ 3 | ☐ 3 | Foreign Nation                                               | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for  Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury · | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U S Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS  Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee · | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     Another District
     *(specify)*

☐ 6 Multidistrict
     Litigation -
     Transfer

☐ 8 Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
28 U.S.C.  1332 (a)
Brief description of cause
Recovery for breach of contract.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F R Cv P

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____

DOCKET NUMBER _____    JUN 22 2018

DATE
22 June 2018

SIGNATURE OF ATTORNEY OF RECORD
Norman W Briggs

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**18   2643**

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Briggs Law Office, LLC, 400 Market St, #700, Phila. PA 19106

Address of Defendant: Stanton S. Kremsky 10102 Beverly Dr, Huntington Beach Ca 92646

Place of Accident, Incident or Transaction: Philadelphia, PA

---

**RELATED CASE, IF ANY:**

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐   No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE 22 June 2018         Norman W. Briggs
_____    _____    _____
                     *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**    *Federal Question Cases:*                          **B.**    *Diversity Jurisdiction Cases:*

☐  1.  Indemnity Contract, Marine Contract, and All Other Contracts    ☒  1.  Insurance Contract and Other Contracts
☐  2.  FELA                                                            ☐  2.  Airplane Personal Injury
☐  3.  Jones Act-Personal Injury                                       ☒  3.  Assault, Defamation
☐  4.  Antitrust                                                       ☐  4.  Marine Personal Injury
☐  5.  Patent                                                          ☐  5.  Motor Vehicle Personal Injury
☐  6.  Labor-Management Relations                                      ☐  6.  Other Personal Injury *(Please specify)* _____
☐  7.  Civil Rights                                                    ☐  7.  Products Liability
☐  8.  Habeas Corpus                                                   ☐  8.  Products Liability · Asbestos
☐  9.  Securities Act(s) Cases                                         ☐  9.  All other Diversity Cases
☐  10. Social Security Review Cases                                            *(Please specify)* _____
☐  11. All other Federal Question Cases
       *(Please specify)*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Norman W Briggs _____, counsel of record *or pro se plaintiff*, do hereby certify:

☒  Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs

☐  Relief other than monetary damages is sought.

**JUN 22 2018**

DATE 22 June 2018         Norman W. Briggs
_____    _____    _____
                     *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE  A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

Cv 609 (5/2018)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CASE MANAGEMENT TRACK DESIGNATION FORM

Briggs Law OFFice, LLC : CIVIL ACTION

v. :

Stanton S. Krensky, SSK MD, Inc. : **18    2643**

: NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus · Cases brought under 28 U.S.C. § 2241 through § 2255.                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                ( )

(e) Special Management · Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (X)

22 June 2018                Norman L. Briggs                Briggs Law OFFice, LLC
**Date**                **Attorney-at-law**                **Attorney for** Π

215-925-4632                215-390-5950                nbriggs@thebriggslaw.com

**Telephone**                **FAX Number**                **E-Mail Address**

(Civ. 660) 10/02

JUN 22 2018