## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGGS LAW OFFICE, LLC, | : |
| Plaintiff, | : |
| v. | : |
| STANTON S. KREMSKY | : **CIVIL CASE** |
| & | : **NO. 18-CV-2643** |
| SSK MD, Inc., | : |
| Defendants. | : **AFFIDAVIT OF SERVICE** |

I, NORMAN W. BRIGGS, hereby depose and say that I did serve a true and correct copy of the Complaint in reference to the above-captioned matter upon defendants, Stanton S. Kremsky and SSK MD, INC., on July 12, 2018, via Orange County California Sheriff Department (notarized Proofs of service attached hereto).

_____
NORMAN W. BRIGGS
Attorney for Plaintiff

Sworn to and subscribed

before me this 31st day

of July, 2018

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA PORTER
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Jun 23, 2018

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Briggs Law Office**<br>**400 Market Street**<br>**Suite 730**<br>**Philadelphia, PA  19106**<br><br>E-MAIL:<br>ATTORNEY FOR:  **Briggs Law Office, LLC** | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>**c/o Briggs Law Office**<br>**400 Market Street**<br>**Suite 730**<br>**Philadelphia, PA  19106** | | |
| PLAINTIFF:<br>**Briggs Law Office, LLC** | COURT CASE NO.:<br><br>**18-2643** | |
| DEFENDANT:<br>**Stanton S Kremsky  SSK MD, Inc.** | | |
| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br><br>**2018509967** | |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):  **Complaint, Exhibits, Summons**

3. a. Party served:       **Stanton S. Kremsky**

4. Address where party was served:       **10102 Beverly Drive**
                                          **Huntington Beach, CA  92646**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 07/12/2018 (2) at: 10:00 AM.

6. The Notice to the Person Served (on summons) was completed as follows:
      a. as an individual defendant.

7. Person who served papers:
   a. Name:   **D. RIOS, #5890**
   b. Address:  **Sheriff's Civil Division Suite 2 909 N. Main Street  Santa Ana, CA  92701**
   c. Telephone Number:   **(714) 569-3700**
   d. The fee for service was:  **$40.00  plus additional costs of $17.25**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Tuesday, July 17, 2018

Hearing:  <No Information>

Remarks

                                                 _5890_
                                                 Sheriff's Authorized Agent
                                                 Sandra Hutchens, Sheriff-Coroner

Judicial Council form POS-010                    **Attorney/Plaintiff**                                0/512381

Briggs Law Office
400 Market Street
Suite 730
Philadelphia, PA  19106

*** This certificate ONLY for out of state courts ***

## CERTIFICATE OF ACKNOWLEDGEMENT

State of **California**
County of **Orange**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On __7·19·18__, before me __Cindy Garcia, Notary Public__,
personally appeared __D. Rios #5890__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

(NOTARY SEAL)                                    WITNESS my hand and official seal.

                                                 _Cindy G___

CINDY GARCIA
Commission # 2116638
Notary Public - California
Orange County
My Comm. Expires Jun 21, 2019



# HUGH NGUYEN
CLERK-RECORDER

PROPERTY RECORDS
BIRTH AND DEATH RECORDS
MARRIAGE LICENSES/RECORDS
PASSPORTS
FICTITIOUS BUSINESS NAMES
NOTARY REGISTRATION
ORANGE COUNTY ARCHIVES

## NOTARY AUTHENTICATION

State of California
County of Orange}

I, Hugh Nguyen, County Clerk-Recorder of the County of Orange, State of California, in and for said County DO HEREBY CERTIFY THAT Cindy Garcia was, on June 22, 2015 a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Orange, empowered to act as such Notary in any part of this State and authorized to take the acknowledgment or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

In Witness Whereof, I execute this certificate and have hereunto set my hand and affixed the seal of said County on 24th Day of July, 2018

Hugh Nguyen, Clerk - Recorder         (Seal)

By /s/ Nadia Mob_____, Deputy Clerk
     Al Obaidi Nadia

NORTH COUNTY BRANCH OFFICE
HISTORIC DOWNTOWN FULLERTON
201 N. HARBOR BOULEVARD
FULLERTON, CALIFORNIA 92832

ORANGE COUNTY
HALL OF FINANCE AND RECORDS
12 CIVIC CENTER PLAZA, ROOM 101
SANTA ANA, CALIFORNIA 92701

SOUTH COUNTY BRANCH OFFICE
LAGUNA HILLS CIVIC CENTER
24031 EL TORO ROAD
LAGUNA HILLS, CALIFORNIA 92653

(714) 834-2500 ♦ FAX (714) 834-2675 ♦ WWW.OCRECORDER.COM ♦ WWW.OCARCHIVES.COM

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Briggs Law Office<br>400 Market Street<br>Suite 730<br>Philadelphia, PA  19106 | | |
| E-MAIL: | | |
| ATTORNEY FOR:  Briggs Law Office, LLC | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY: | | |
| c/o Briggs Law Office<br>400 Market Street<br>Suite 730<br>Philadelphia, PA  19106 | | |

| PLAINTIFF: Briggs Law Office, LLC | COURT CASE NO.: |
|---|---|
| DEFENDANT: Stanton S Kremsky  SSK MD, Inc. | 18-2643 |
| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>2018509967 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):  **Complaint, Exhibits, Summons**

3. a. Party served:      **SSK MD, Inc.**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):  **Stanton Kremsky, Owner A/A**

4. Address where party was served:      **c/o Agent Stanton S. Kremsky, 10102 Beverly Drive Huntington Beach, CA  92646**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 07/12/2018 (2) at: 10:00 AM.

6. The Notice to the Person Served (on summons) was completed as follows:
      d. on behalf of: SSK MD, Inc.
         under the following Code of Civil Procedure section: CCP 416.90 (Authorized Person)

7. Person who served papers:
   a. Name:   **D. RIOS, #5890**
   b. Address: **Sheriff's Civil Division Suite 2 909 N. Main Street  Santa Ana, CA  92701**
   c. Telephone Number:   **(714) 569-3700**
   d. The fee for service was: **$40.00  plus additional costs of $17.25**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Tuesday, July 17, 2018

Hearing:  <No Information>

Remarks

Sheriff's Authorized Agent
Sandra Hutchens, Sheriff-Coroner

Judicial Council form POS-010          Attorney/Plaintiff          0/512383

Briggs Law Office
400 Market Street
Suite 730
Philadelphia, PA  19106

*** This certificate ONLY for out of state courts ***

## CERTIFICATE OF ACKNOWLEDGEMENT

State of **California**
County of **Orange**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On __7·19·18__, before me __Cindy Garcia, Notary Public__, personally appeared __D. RIOS #5890__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

(NOTARY SEAL)                                    WITNESS my hand and official seal.

                                                 _Cindy G____



CINDY GARCIA
Commission # 2116638
Notary Public - California
Orange County
My Comm. Expires Jun 21, 2019



# HUGH NGUYEN
CLERK-RECORDER

PROPERTY RECORDS
BIRTH AND DEATH RECORDS
MARRIAGE LICENSES/RECORDS
PASSPORTS
FICTITIOUS BUSINESS NAMES
NOTARY REGISTRATION
ORANGE COUNTY ARCHIVES

## NOTARY AUTHENTICATION

State of California
County of Orange}

I, Hugh Nguyen, County Clerk-Recorder of the County of Orange, State of California, in and for said County DO HEREBY CERTIFY THAT Cindy Garcia was, on June 22, 2015 a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Orange, empowered to act as such Notary in any part of this State and authorized to take the acknowledgment or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

In Witness Whereof, I execute this certificate and have hereunto set my hand and affixed the seal of said County on 24th Day of July, 2018

Hugh Nguyen, Clerk - Recorder                                    (Seal)

By _/Nadia Alok/_, Deputy Clerk
         Al Obaidi Nadia

NORTH COUNTY BRANCH OFFICE
HISTORIC DOWNTOWN FULLERTON
201 N. HARBOR BOULEVARD
FULLERTON, CALIFORNIA 92832

ORANGE COUNTY
HALL OF FINANCE AND RECORDS
12 CIVIC CENTER PLAZA, ROOM 101
SANTA ANA, CALIFORNIA 92701

SOUTH COUNTY BRANCH OFFICE
LAGUNA HILLS CIVIC CENTER
24031 EL TORO ROAD
LAGUNA HILLS, CALIFORNIA 92653

(714) 834-2500 ♦ FAX (714) 834-2675 ♦ WWW.OCRECORDER.COM ♦ WWW.OCARCHIVES.COM