**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| BRIGGS LAW OFFICE, LLC | : | |
| Plaintiff, | : | NO.   2:18-CV-02643 |
| v. | : | |
| STANTON S. KREMSKY and SSK MD, INC. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## ORDER

AND NOW this _____ day of _____, 2018, upon consideration of Defendants' First Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, and any Response thereto, it is hereby ORDERED and DECREED that Defendants' Motion is GRANTED, and Defendants' Response to Plaintiff's Complaint is due within thirty (30) days from the date of entry of this Order.

_____
Hon. Anita B. Brody                                  ,J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| BRIGGS LAW OFFICE, LLC | : | |
| | : | |
| Plaintiff, | : | NO.   2:18-CV-02643 |
| | : | |
| v. | : | |
| | : | |
| STANTON S. KREMSKY and | : | **JURY TRIAL DEMANDED** |
| SSK MD, INC. | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

This is an action in attorney-client breach of contract, *inter alia*.

On June 22, 2018, Plaintiff filed its Civil Action Complaint (Docket No. 1).

Plaintiff served Defendants on August 2, 2018 (No. 2).

Defendants' Response is due on or about August 23, 2018.

This Motion for Extension of Time to File a Response to Plaintiff's Complaint is timely.

Plaintiff's Complaint is complex respectfully suggested as requiring additional time to respond.

In addition, undersigned counsel just today entered his appearance and will soon be on vacation: August 27 – 31, 2018.

WHEREFORE, Defendants' respectfully request this Honorable Court grant Defendants thirty (30) days extension of time to file a Response to Plaintiff's Complaint – consistent with the attached proposed Order.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| BRIGGS LAW OFFICE, LLC | : | |
| Plaintiff, | : | NO.   2:18-CV-02643 |
| v. | : | |
| STANTON S. KREMSKY and SSK MD, INC. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 15th day of August, 2018, a true and correct copy of the foregoing Defendants' First Motion for Enlargement of Time to File a Response to Plaintiff's Complaint was served via ECF upon the following parties:

Norman W. Briggs, Esquire
Briggs Law Office
400 Market Street, Suite 730
Philadelphia, PA 19106-2545

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Plaintiff*