# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| BRIGGS LAW OFFICE, LLC | : | |
| Plaintiff, | : | NO.   2:18-CV-02643 |
| v. | : | |
| STANTON S. KREMSKY and SSK MD, INC. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## ORDER

AND NOW this 20th day of August, 2018, upon consideration of Defendants' First Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, and any Response thereto, it is hereby ORDERED and DECREED that Defendants' Motion is GRANTED, and Defendants' Response to Plaintiff's Complaint is due within thirty (30) days from the date of entry of this Order.

_____
Hon. Anita B. Brody        ,J.

Copies via ECF on ___