UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGGS LAW OFFICE, LLC<br>　　　　Plaintiff, | :<br>:<br>: CIVIL ACTION |
| v. | :<br>: |
| STANTON S. KREMSKY; SSK MD, Inc.,<br>　　　　Defendants, | : DOCKET NO. 2:18-cv-02643-AB<br>: |
| ------------------------------------------ | : |
| STANTON S. KREMSKY<br>　　　　Counterclaim Plaintiff, | :<br>:<br>: |
| v. | :<br>: |
| BRIGGS LAW OFFICE, LLC; NORMAN W. BRIGGS,<br>ESQUIRE<br>　　　　Counterclaim Defendants. | :<br>:<br>:<br>: |

## **CERTIFICATE OF MERIT AS TO DEFENDANT BRIGGS LAW OFFICE, LLC**

The undersigned counsel for Plaintiffs hereby verifies that the above-captioned action is one in which Briggs Law Office, LLC has deviated from the acceptable professional standard of care based on a review of the facts and circumstances of the case by an appropriate licensed professional who has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the Counterclaim, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

The claim that this Defendant deviated from an acceptable professional standard is also based on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard.

Respectfully Submitted,

Meyerson & O'Neill

By: _____
Jack A. Meyerson (#16405)
Bradley W. Moore (#325477)
1700 Market Street
Suite 3025
Philadelphia, PA 19103
(215) 972-1376

Attorneys for Defendants
Stanton S. Kremsky and SSK MD, Inc.

DATE: 10/15/2018