## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGGS LAW OFFICE, LLC      Plaintiffs, | : : : |
| Vs. | :    CIVIL ACTION : |
| STANTON S. KREMSKY; SSK MD, INC.      Defendants, _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | : :    DOCKET NO. 2:18-cv-02643-AB : : |
| STANTON S. KREMSKY      Counterclaim Plaintiff, | : : : |
| Vs. | : : |
| BRIGGS LAW OFFICE, LLC; NORMAN W. BRIGGS, ESQUIRE      Counterclaim Defendants. | : : : |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES:

Kindly enter the appearance of Brian C. LeGrow, Esquire, on behalf of Defendants on the Counterclaim, Briggs Law Office, LLC and Norman W. Briggs, Esquire, in the above-captioned case.

                                                                               **DEASEY, MAHONEY & VALENTINI, LTD.**

Date: __11/13/18__                    BY:    __/s/ Brian C. LeGrow__
                                                      BRIAN C. LeGROW, ESQUIRE
                                                      Attorney I.D. No. 93977
                                                      1601 Market Street, Suite 3400
                                                      Philadelphia, PA 19103
                                                      215-587-9400
                                                      Blegrow@dmvlawfirm.com
                                                      *Attorney for Counterclaim Defendants,*
                                                      *Briggs Law Office, LLC and*
                                                      *Norman W. Briggs, Esquire*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIGGS LAW OFFICE, LLC : | |
|     Plaintiffs, : | |
| : | |
| Vs. : | CIVIL ACTION |
| : | |
| STANTON S. KREMSKY; SSK MD, INC. : | |
|     Defendants, : | DOCKET NO. 2:18-cv-02643-AB |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ : | |
| : | |
| STANTON S. KREMSKY : | |
|     Counterclaim Plaintiff, : | |
| : | |
| Vs. : | |
| : | |
| BRIGGS LAW OFFICE, LLC; NORMAN W. : | |
| BRIGGS, ESQUIRE : | |
|     Counterclaim Defendants. : | |

**CERTIFICATE OF SERVICE**

    I, Brian C. LeGrow, hereby certify that on this 13th day of November, 2018, a true and correct copy of the foregoing Notice of appearance was served via ECF upon all counsel of record.

                                        **DEASEY, MAHONEY & VALENTINI, LTD.**

Date: **11/13/18**                  BY:    **/s/ Brian C. LeGrow**
                                               BRIAN C. LeGROW, ESQUIRE
                                               Attorney I.D. No. 93977
                                             1601 Market Street, Suite 3400
                                             Philadelphia, PA 19103
                                             215-587-9400
                                             [Blegrow@dmvlawfirm.com](mailto:Blegrow@dmvlawfirm.com)
                                             *Attorney for Counterclaim Defendants,*
                                             *Briggs Law Office, LLC and*
                                             *Norman W. Briggs, Esquire*