IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGGS LAW OFFICE, LLC<br>   Plaintiffs, | |
| Vs. | CIVIL ACTION |
| STANTON S. KREMSKY; SSK MD, INC.<br>   Defendants, | DOCKET NO. 2:18-cv-02643-AB |
| STANTON S. KREMSKY<br>   Counterclaim Plaintiff, | |
| Vs. | |
| BRIGGS LAW OFFICE, LLC; NORMAN W. BRIGGS, ESQUIRE<br>   Counterclaim Defendants. | |

## ORDER

  *AND NOW*, this    day of      , 2019, upon consideration of Counter Defendants' Motion to Dismiss Counter Plaintiff's Complaint Pursuant to FED. R. CIV. P. 12(b)(6), it is hereby **ORDERED** and ***DECREED*** that the Motion is ***GRANTED***. Counter Plaintiff's claims against Counter Defendants are hereby ***DISMISSED*** with prejudice.

                     BY THE COURT:

                     _____